IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CQ TOWNS I, LLC**<br>4800 Hampden Lane, Suite 300<br>Bethesda, Maryland 20814-2932 | * | |
| and | * | |
| **EYA DEVELOPMENT, INC.**<br>4800 Hampden Lane, Suite 300<br>Bethesda, Maryland 20814-2932 | * | |
| and | * | |
| **EYA CONSTRUCTION, INC.**<br>4800 Hampden Lane, Suite 300<br>Bethesda, Maryland 20814-2932 | * | Case No. |
| And | * | |
| **CAPPER RESIDENTIAL I**<br>4800 Hampden Lane, Suite 300<br>Bethesda, Maryland 20814-2932 | * | |
| Plaintiffs | * | |
| v. | * | |
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,**<br>   Serve:   Charles DiValerio<br>            1 Bala Plaza, Ste. 100<br>            Bala Cynwyd, PA 19004 | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * *

**DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY'S
<u>NOTICE OF REMOVAL</u>**

NOW comes Philadelphia Indemnity Insurance Company ["Philadelphia Indemnity"] by and through undersigned counsel, and files this Notice of Removal from the Superior Court of the

1

District of Columbia to the United States District Court for the District of Columbia, and in support thereof states as follows:

1. Plaintiffs filed the present breach of contract action against Defendant Philadelphia Indemnity on or about September 3, 2009 in the Superior Court of the District of Columbia, Case Number, 2009 CA 006396 B.

2. Upon information and belief, Philadelphia Indemnity was served on September 17, 2009.

3. Upon information and belief, Plaintiffs CQ Towns I, LLC, Eya Construction, Inc. and Capper Residential I are corporations organized under the laws of the District of Columbia.

4. Upon information and belief, Plaintiff Eya Development, Inc. is a corporation organized under the laws of the Commonwealth of Virginia.

5. Defendant Philadelphia Indemnity is a corporation organized under the laws of the Commonwealth of Pennsylvania.

6. This Court has jurisdiction pursuant to 28 U.S.C. §1332. There is true diversity of citizenship among the real parties in interest, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. One copy of the complaint is attached as an Exhibit to this Notice of Removal, along with all other pleadings that Defendant has received to date as required by 28 U.S.C. § 1446(a).

8. Defendant Philadelphia Indemnity petitions for removal of this action to this Court pursuant to 28 U.S.C. §1441, *et seq.*, as amended, and requests a waiver of any bond requirements.

Liberty American Premium Finance Company

Jerger & Sons, Inc.

Mobile Homeowners Insurance Agencies, Inc.

These representations are made so that judges of this court may determine the need for recusal.

Respectfully submitted,

GEORGE E. REEDE, JR.
Federal D.C. Bar No. 43062
Niles, Barton & Wilmer, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6423
gereede@nilesbarton.com
***Attorney for Defendant***
***Philadelphia Indemnity Insurance Company***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of October, 2009, a copy of the foregoing Notice of Removal was served via first class mail postage prepaid to:

Stephen A. Horvath, Esquire
Trichilo, Bancroft, McGavin,
    Horvath, & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
shorvath@tbmhjlaw.com
***Attorney for the Plaintiffs***
***CQ Towns I, LLC,***
***EYA Development, Inc.***
***EYA Construction, Inc., and***
***Capper Residential I***

GEORGE E. REEDE, JR.

*ND: 4846-1346-6372, v. 1*

2