## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

CQ TOWNS I, LLC
4800 Hampden Lane, Suite 300
Bethesda, Maryland 20814-2932

and

EYA DEVELOPMENT, INC.
4800 Hampden Lane, Suite 300
Bethesda, Maryland 20814-2932

and

EYA CONSTRUCTION, INC.
4800 Hampden Lane, Suite 300
Bethesda, Maryland 20814-2932

and

CAPPER RESIDENTIAL I
4800 Hampden Lane, Suite 300
Bethesda, Maryland 20814-2932

    Plaintiffs,

v.

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,
    SERVE:  Charles DiValerio
                  1 Bala Plaza, Ste. 100
                  Bala Cynwyd PA 19004

    Defendant.

Case No.



FILED
CIVIL ACTIONS BRANCH
SEP 03 2009
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

## **COMPLAINT**

COME NOW, CQ Towns I, LLC, EYA Development, Inc., EYA Construction, Inc. and Capper Residential I, by counsel, and in and for their complaint for money damages against Philadelphia Indemnity Insurance Company, state as follows:

1. Plaintiff, CQ Towns I, is a limited liability company, authorized to do business in the District of Columbia, and is the owner of a project located in the District of Columbia as described in the builders risk policy of insurance issued by Philadelphia Indemnity Insurance Company.

2. EYA Development, Inc. is a member of CQ Towns I, LLC.

3. EYA Construction, Inc. is a corporation licensed in the District of Columbia, and is the "general contractor" for the aforementioned project.

4. Capper Residential I has an ownership interest in the project.

5. Philadelphia Indemnity Insurance Company is a Philadelphia company authorized to transact business and transacting business in the District of Columbia.

6. On or about May 28, 2008, Philadelphia Indemnity Insurance Company issued a "Builders Risk" Commercial Property Policy to CQ Towns I, LLC under Policy No. PHPK316155 with effective dates of May 28, 2008 through November 28, 2010.

7. A true and accurate copy of the Builders Risk Commercial Property Policy issued by Philadelphia Indemnity Insurance Company is attached hereto as Exhibit 1.

8. The covered property and insured location is set forth in the policy and includes 2nd Street, S.E. and 5th Street, S.E., and I Street and M Street, S.E., Washington, D.C.

9. At all times relevant herein, the plaintiffs were the owners, developer and general contractor for the CQ Towns I project in S.E. Washington, D.C.

10. The project involved construction of three and four story, wood frame townhouses.

2

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030 • (703) 385-1000 • FAX (703) 385-1555

11. Prior to the event in question, wood frame structures had been completed on nine of the 12 units on Lot S825 on the south side of L Street.

12. Footings and block foundation walls had been installed at approximately 37 units along the north and west side of the block, with additional footings and foundation walls installed on the east and southeast sides.

13. On or about September 6, 2008, a direct physical "loss" occurred to covered property, including fixtures which would become a permanent part of the building, structure, and project at the project site.

14. As a result, the structures were damaged and needed repair.

15. As a result, damages have been incurred in excess of $3,000,000.00.

## COUNT I

16. Paragraphs 1 through 15 are incorporated herein as though set out in their entirety.

17. Following the loss, demand for coverage was made on Philadelphia Indemnity Insurance Company.

18. On or about October 31, 2008, Philadelphia Indemnity Insurance Company denied the claim.

19. The policy of insurance provides coverage for accidental loss or damage.

20. The policy of insurance provides for loss to covered property including materials, supplies, machinery, equipment, or fixtures which will become a permanent part of the building, structure, or project at the project site shown in the coverage form declarations.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030 • (703) 385-1000 • FAX (703) 385-1555

21. This project is shown on the coverage form declarations.

22. The claim is not barred by any exclusion under the policy.

23. All premiums were paid for the policy of insurance.

24. Plaintiffs have complied with all conditions precedent.

25. Philadelphia Indemnity Insurance Company breached its contractual obligation to make payment under the policy of insurance.

WHEREFORE, CQ Towns I, LLC, EYA Development, Inc., EYA Construction, Inc. and Capper Residential I, by counsel, hereby request judgment in excess of THREE MILLION DOLLARS ($3,000,000.00), plus pre-judgment interest, post-judgment interest, attorney's fees and costs, and such other relief as the court may deem appropriate.

## JURY DEMAND

Plaintiffs, CQ Towns I, LLC, EYA Development, Inc., EYA Construction, Inc. and Capper Residential I, demand a trial by jury on all issues herein.

                CQ TOWNS I, LLC,
                EYA DEVELOPMENT, INC.,
                EYA CONSTRUCTION, INC. and
                CAPPER RESIDENTIAL I
                By Counsel

4

TRICHILO, BANCROFT, McGAVIN,
  HORVATH, & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
shorvath@tbmhjlaw.com
(703) 385-1000
Fax: (703) 385-1555

_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
Counsel for Plaintiff,
CQ Towns I, LLC,
EYA Development, Inc.,
EYA Construction, Inc., and
Capper Residential I

5

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030 • (703) 385-1000 • FAX (703) 385-1555