**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CQ TOWNS I, LLC, et. al.** | * | |
|     **Plaintiffs** | * | |
|   **v.** | * | |
| | | **Case No.** 1:09-cv-1908-PLF |
| **PHILADELPHIA INDEMNITY** | * | |
| **INSURANCE COMPANY** | | |
| | * | |
|     **Defendant.** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Pursuant to F. R. Civ. P. 41(a)(1)(ii), the parties, by their undersigned counsel, hereby stipulate to the dismissal of the above-captioned matter WITH PREJUDICE.


| _____/s/Stephen A. Horvath_____ | _____/s/George E. Reede, Jr._____ |
|---|---|
| Stephen A. Horvath, Esquire | GEORGE E. REEDE, JR. |
| (Signed by George E. Reede, Jr. | Federal Bar No.: 430462 |
| With Permission from Stephen A. Horvath) | NILES, BARTON & WILMER, LLP |
| Trichilo, Bancroft, McGavin | 111 S. Calvert Street, Suite 1400 |
| Horvath & Judkins, P.C. | Baltimore, Maryland 21202 |
| 3920 University Drive | (410) 783-6432 |
| Fairfax, VA  22030 | *Attorneys for Defendant,* |
| *Attorneys for the Plaintiffs* | *Philadelphia Indemnity Insurance Company* |